Charles T. Marshall, Esquire (SBN 176091)
Law Offices of Charles T. Marshall
415 Laurel Street, # 405
San Diego, California  92101
Tel:       619-807-2628
Fax:       866-575-7413
Email:   cmarshall@marshallestatelaw.com

Attorneys for Plaintiffs
ISAAC GUTIERREZ and
PURIFICACION M. INFANTE

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| ISAAC GUTIERREZ AND PURIFICACION M. INFANTE<br><br>    Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE HARBORVIEW MORTGAGE LOAN TRUST 2005-12 MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2005-12<br><br>    Defendant(s). | Case No.:2:13-CV-01695-TLN-AC<br><br>**ORDER GRANTING STIPULATED REQUEST FOR ORDER EXTENDING TIME FOR PLAINTIFFS AND DEFENDANTS TO FILE A JOINT STATUS REPORT** |

The Court, having reviewed the parties' Stipulated Request for Order Extending Time for Plaintiffs and Defendants to file a Joint Status Report to November 29, 2013, PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 28, 2013

_____
Troy L. Nunley
United States District Judge