Charles T. Marshall, Esquire (SBN 176091)
Law Offices of Charles T. Marshall
415 Laurel Street, # 405
San Diego, California  92101
Tel:     619-807-2628
Fax:    866-575-7413
Email:  cmarshall@marshallestatelaw.com

Attorneys for Plaintiffs
ISAAC GUTIERREZ and
PURIFICACION M. INFANTE

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ISAAC GUTIERREZ AND PURIFICACION M. INFANTE<br><br>  Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA, N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE HARBORVIEW MORTGAGE LOAN TRUST 2005-12 MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2005-12<br>  Defendant(s). | Case No.:2:13-CV-01695-TLN-AC<br><br>**ORDER ON PLAINTIFFS'MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(2)** |

1  Plaintiffs having moved for dismissal of case against Defendants BANK OF AMERICA, N.A.,

2  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND U.S. BANK, NATIONAL

3  ASSOCIATION AS TRUSTEE FOR THE HARBORVIEW MORTGAGE LOAN TRUST 2005-12

4  MORTGAGE LOAN PASS-THROUGH CERTIFICATES, SERIES 2005-12 from the above-

5  entitled action pursuant to Federal Rule of Civil Procedure 41(a)(2), and good cause having been

6  shown, it is hereby ORDERED that the Motion is GRANTED.

7  Dated: May 6, 2014

Troy L. Nunley
United States District Judge